AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States House of Representatives, )
)
*Plaintiff* )
)
v. ) Civil Action No. 1:14-cv-01967
)
Sylvia Mathews Burwell, et al., )
)
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Serve pursuant to Fed. R. Civ. P. 4(i)(1)(A):

Ronald C. Machen, Jr.
U.S. Attorney for the District of Columbia
501 Third Street, N.W.
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jonathan Turley
2000 H Street, N.W.
Washington, D.C. 20052

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 11/26/2014                            /s/Jackie Francis

                                            *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action (Page 2)

Civil Action No. 1:14-cv-01967

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ronald C. Machen, Jr., U.S. Attorney for D.C.
was received by me on *(date)* Nov. 26, 2014.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Princess Kyle, Civil Process Clerk, who is
designated by law to accept service of process on behalf of *(name of organization)* Ronald C. Machen, Jr.,
U.S. Attorney for the Dist. of Columbia on *(date)* Nov. 26, 2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: Nov. 26, 2014

*Server's signature*

Kyle T. Jones, Staff Attorney
*Printed name and title*

219 Cannon H.O.B., Washington, D.C. 20515
*Server's address*

Additional information regarding attempted service, etc: