**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES HOUSE OF REPRESENTATIVES,  )<br>)<br>*Plaintiff*,  )<br>)<br>v.  )<br>)<br>SYLVIA MATHEWS BURWELL et al.,  )<br>)<br>*Defendants*.  )<br>) | Case No. 1:14-cv-01967 (RMC) |

### NOTICE OF COMMENCEMENT OF THE 114TH CONGRESS

Plaintiff United States House of Representatives respectfully gives notice that:

- The 113th Congress ended at noon on January 3, 2015, *see* U.S. Const. amend XX, § 1, and the 114th Congress commenced at noon on January 6, 2015, *see id.* § 2; H.J. Res. 129, 113th Cong. (2014) (enacted), *available at* https://www.congress.gov/113/plaws/publ201/PLAW-113publ201.pdf ("[T]he first regular session of the One Hundred Fourteenth Congress shall begin at noon on Tuesday, January 6, 2015."); 161 Cong. Rec. H1 (daily ed. Jan. 6, 2015), *available at* https://www.congress.gov/crec/2015/01/06/CREC-2015-01-06.pdf.

- On January 6, 2015, after the 114th Congress commenced, the House adopted House Resolution 5, which provides in pertinent part that "the House of Representatives of the One Hundred Fourteenth Congress is authorized to act as the successor in interest to the House of Representatives of the One Hundred Thirteenth Congress with respect" to this lawsuit which was "filed by the House of Representatives in the One Hundred Thirteenth Congress pursuant to House

Resolution 676." H. Res. 5, § 3(f)(2)(A), 114th Cong. (2015) (enacted), *reprinted in* 161 Cong. Rec. H7, H9 (daily ed. Jan. 6, 2015).

In the House's judgment, no change in party name or case caption is required, and no amendment to the Complaint is required inasmuch as this Notice places on record the pertinent facts regarding the commencement of the 114th Congress.

                                      Respectfully submitted,

                                      */s/ Jonathan Turley*
                                      JONATHAN TURLEY
                                      DC Bar No. 417674
                                      2000 H Street, N.W.
                                      Washington, D.C.  20052
                                      (202) 285-8163
                                      jturley@law.gwu.edu

Of Counsel:

KERRY W. KIRCHER, General Counsel
DC Bar No. 386816
WILLIAM PITTARD, Deputy General Counsel
DC Bar No. 482949
TODD B. TATELMAN, Senior Assistant Counsel
VA Bar No. 66008
ELENI M. ROUMEL, Assistant Counsel
SC Bar No. 75763
ISAAC B. ROSENBERG, Assistant Counsel
DC Bar No. 998900
KIMBERLY HAMM, Assistant Counsel
DC Bar No. 1020989

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C.  20515
(202) 225-9700

                                      *Counsel for Plaintiff United States House of Representatives*

January 7, 2015

# **CERTIFICATE OF SERVICE**

I certify that on January 7, 2015, I filed and served the foregoing Notice via the CM/ECF system of the U.S. District Court for the District of Columbia, and via first-class mail, postage prepaid, to the following parties:

| | |
|---|---|
| Sylvia Mathews Burwell<br>U.S. Department of Health & Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C.  20201 | U.S. Department of Health & Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C.  20201 |
| Jacob J. Lew<br>U.S. Department of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20220 | U.S. Department of the Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20220 |
| Eric H. Holder, Jr.<br>U.S Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20530 | Ronald C. Machen, Jr.<br>U.S. Attorney for the District of Columbia<br>501 Third Street, N.W.<br>Washington, D.C.  20001 |

*/s/ Kerry W. Kircher*
Kerry W. Kircher