# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES HOUSE OF REPRESENTATIVES**, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 1:14-cv-01967-RMC<br>) |
| **SYLVIA MATHEWS BURWELL**, in her official capacity as Secretary of Health and Human Services, *et al.*, | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

## DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

The defendants, Sylvia Mathews Burwell, in her official capacity as Secretary of Health and Human Services; the United States Department of Health and Human Services; Jacob J. Lew, in his official capacity as Secretary of the Treasury; and the United States Department of the Treasury, respectfully move to dismiss the complaint for lack of subject-matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of those rules. The grounds for this motion are set forth in the accompanying memorandum.

Dated: January 26, 2015                    Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

KATHLEEN HARTNETT
Deputy Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

JENNIFER D. RICKETTS
Director

SHEILA LIEBER
Deputy Branch Director


   /s/ Joel McElvain
JOEL McELVAIN
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
(202) 514-2988
Joel.McElvain@usdoj.gov

*Counsel for the Defendants*