UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES HOUSE OF REPRESENTATIVES, <br><br> Plaintiff, <br><br> v. <br><br> SYLVIA MATTHEWS BURWELL in her official capacity as Secretary of the United States Department of Health and Human Services, *et al.*, <br><br> Defendants. | Civil Action No.  14-1967 (RMC) |

**ORDER**

Several members of Congress have moved for leave to file a brief as amici curiae in support of Defendants in this case.  *See* Mot. [Dkt. 56].  Local Civil Rule 7(o) governs the filing of such a motion, and requires that it "be filed in a timely manner such that it does not unduly delay the Court's ability to rule on any pending matter."  For that reason, the amici's motion will be granted only in part.

The first half of the amici's brief concerns whether the House has standing to maintain this lawsuit.  *See* Mem. [Dkt. 56-2] (Mem.) at 7-14.  That issue was resolved more than three months ago.  *See* Order [Dkt. 42]; Mem. Op. [Dkt. 41].  It was first briefed almost a year ago.  *See* Mot. to Dismiss [Dkt. 20].  Amici are too late to offer their views on an Article III question that was fully and ably briefed by the Defendants they support.

The second half of the brief pertains to the question at hand: whether money was appropriated for cost-sharing reduction payments under Section 1402 of the Affordable Care Act.  Mem. at 15-25.  The amici argue that 31 U.S.C. § 1324 provides a permanent

1

appropriations for those subsidies, and therefore that no Appropriations Clause violation has occurred.  That argument is germane to a current issue and therefore will be considered.

It is within the court's discretion to determine "the fact, extent, and manner" of the amici's participation.  *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 136 (D.D.C. 2008); *Cobell v. Norton,* 246 F.Supp.2d 59, 62 (D.D.C. 2003)).  In this case, the Court will consider the second half of the proposed brief but not the first.

Accordingly, it is hereby

**ORDERED** that the amici's motion to for leave to file a brief [Dkt. 64] is **GRANTED IN PART** and **DENIED IN PART**.  The Court will consider Section II of their proposed brief but not Section I.


Date:  December 16, 2015                      /s/
                                       ROSEMARY M. COLLYER
                                       United States District Judge