# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>Plaintiff,<br><br>v.<br><br>SYLVIA MATHEWS BURWELL,<br>in her official capacity as Secretary of the United States<br>Department of Health and Human Services, et al.,<br><br>Defendants. | Case No. 14-cv-01967-RMC |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Civil Rule 83.6(b), please take notice that I, Kerry W. Kircher, currently listed as counsel for Plaintiff United States House of Representatives in the above-captioned case, withdraw as counsel in this matter. I have resigned my position as General Counsel to the House, and will not be actively associated with the Office of General Counsel after May 6, 2016. Please remove my name from the case docket and the Notice of Electronic Filing System as indicated on the docket.

The House will continue to be represented by Jonathan Turley, William Pittard, Todd B. Tatelman, Eleni M. Roumel, Isaac B. Rosenberg, and Kimberly Hamm, all of whom have entered appearances in this matter.

        Respectfully submitted,

        */s/ Kerry W. Kircher*
        KERRY W. KIRCHER, General Counsel
        D.C. Bar No. 386816

        OFFICE OF GENERAL COUNSEL
        U.S. HOUSE OF REPRESENTATIVES
        219 Cannon House Office Building
        Washington, D.C.  20515
        (202) 225-9700

        *Counsel for Plaintiff U.S. House of Representatives*

May 4, 2016

**CERTIFICATE OF SERVICE**

I certify that on May 4, 2016, I served one copy of the foregoing Notice of Withdrawal of Counsel via CM/ECF on all registered parties.

*/s/ Kerry Kircher*<br>
Kerry Kircher