UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>Plaintiff,<br><br>v.<br><br>SYLVIA MATTHEWS BURWELL in her official capacity as Secretary of the United States Department of Health and Human Services, *et al.*<br><br>Defendants. | Civil Action No. 14-1967 (RMC) |

**ORDER**

For the reasons stated in the contemporaneous Opinion, it is hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment [Dkt. 53] is **GRANTED** and that **JUDGMENT** is entered in favor of Plaintiff; and it is

**FURTHER ORDERED** that Defendants' Motion for Summary Judgment [Dkt. 55] is **DENIED**; and it is

**FURTHER ORDERED** that reimbursements paid to issuers of qualified health plans for the cost-sharing reductions mandated by Section 1402 of the Affordable Car Act, Pub. L. 111-148, are **ENJOINED** pending an appropriation for such payments; and it is

**FURTHER ORDERED** that the injunction is **STAYED** pending appeal.

This is a final, appealable order. *See* Fed. R. App. P. 4. This case is closed.

Date: May 12, 2016

/s/
ROSEMARY M. COLLYER
United States District Judge