UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>Plaintiff,<br><br>v.<br><br>ERIC D. HARGAN, in his official capacity as Acting Secretary of Health and Human Services, *et al.*,<br><br>Defendants. | Civil Action No. 14-1967 (RMC) |

## ORDER

This matter came before the Court upon the joint motion of the parties pursuant to Rule 62.1 of the Federal Rules of Civil Procedure. With the support of the states that intervened in this action on appeal, the parties have asked this Court to indicate that, if the case is remanded by the Court of Appeals for the District of Columbia Circuit, in furtherance of the parties' conditional settlement agreement this Court will vacate the portion of its final order providing that "reimbursements paid to issuers of qualified health plans for the cost-sharing reductions mandated by Section 1402 of the Affordable Care Act, Pub. L. 111-148, are ENJOINED pending an appropriation for such payments." *See* Joint Motion for Indicative Ruling 1-2 [Dkt. 83]; 5/12/2016 Order [Dkt. 74].

Having considered the parties' motion and the entire record, the Court is of the opinion, and so finds, that if the case is remanded to it by the Court of Appeals, the Court will grant the relief requested.

1

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion for Indicative Ruling [Dkt. 83] is **GRANTED**.

**SO ORDERED.**

Date:  January 16, 2018                             /s/
                                                     ROSEMARY M. COLLYER
                                                     United States District Judge