# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 16-5202**                                      **September Term, 2017**

**1:14-cv-01967-RMC**

**Filed On:  May 16, 2018** [1731072]

United States House of Representatives,

        Appellee

    v.

Alex Michael Azar, II, in his official capacity
as Secretary of the United States
Department of Health and Human Services,
et al.,

        Appellants

------------------------------

District of Columbia, et al.,
        Intervenors

## M A N D A T E

In accordance with the order of May 16, 2018, and pursuant to Federal Rule of
Appellate Procedure 41, this constitutes the formal mandate of this court.


                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

           BY:    /s/
                     Robert J. Cavello
                     Deputy Clerk



Link to the order filed May 16, 2018