# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 16-5202**  **September Term, 2017**

**1:14-cv-01967-RMC**

**Filed On:** May 16, 2018

United States House of Representatives,

      Appellee

  v.

Alex Michael Azar, II, in his official capacity
as Secretary of the United States Department
of Health and Human Services, et al.,

      Appellants

------------------------------

District of Columbia, et al.,
      Intervenors

    **BEFORE:**   Griffith, Millett, and Pillard, Circuit Judges

### O R D E R

Upon consideration of the joint motion to dismiss and remand and the supplement thereto, it is

**ORDERED** that the motion be granted. The appeal is hereby dismissed and the case remanded to the district court to enable it to enter a ruling on the parties' motion for relief under Fed. R. Civ. P. 60(b), which the district court has expressed its willingness to do. See Fed. R. App. P. 12.1; D.C. Circuit Rule 41(b).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue the mandate forthwith to the district court.

**Per Curiam**