# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES HOUSE OF REPRESENTATIVES,** | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 14-1967 (RMC) |
| **ALEX M. AZAR, II,** in his official capacity as Secretary of Health and Human Services, *et al.*, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

Pursuant to the parties' joint motion upon settlement of this matter, Dkt. 83, and the Mandate of the U.S. Court of Appeals for the D.C. Circuit, Dkt. 87, it is hereby

**ORDERED** that the portion of this Court's final Order dated May 12, 2016, Dkt. 74, providing that "reimbursements paid to issuers of qualified health plans for the cost-sharing reductions mandated by Section 1402 of the Affordable Care Act, Pub. L. 111-148, are ENJOINED pending an appropriation for such payments," is **VACATED**.

**SO ORDERED.** This case is closed.

Date: May 18, 2018

/s/
ROSEMARY M. COLLYER
United States District Judge

1